# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 7, 2022

Elvis Eghosa Ogiekpolor
05818509
Robert A. Deyton Detention Facility
11866 Hastings Bridge Road/ P.O. Box 730
Lovejoy, GA  30250

☐ This Court's records indicate that you have no open case pending in this Court. No action will be taken on your document(s).

☐ This Court is a federal court of limited jurisdiction. This Court has authority to act only on cases created under the statutes enacted by Congress. In general, only cases which have been first filed, and finally decided, in a United States District Court or Bankruptcy Court within this Circuit (Alabama, Florida, and Georgia), the United States Tax Court, and certain federal agencies may be appealed to this Court. This Court does not have authority to act in appeals from state and county courts. No action will be taken on your document(s).

☐ Your document(s) appear(s) to have been intended for a different court. No action will be taken on your document(s).

☐ You requested a specific form. The Court does not offer a form related to your request. No action will be taken on your document(s).

☐ Your request for an extension of time to file a notice of appeal will be submitted to the district court. No action will be taken in this Court on your document(s).

☐ Except as noted above, this Court does not act on requests for an extension of time submitted without an existing case or appeal. No action will be taken on your document(s).

☐ The Clerk's Office is unable to discern the purpose of your document(s) and/or your document(s) do(es) not appear to have been intended for this Court. Please provide clarification; otherwise, no action will be taken on your document(s).

**This notice is to acknowledge receipt of your document(s) on ____October 7, 2022____.**

**Your document(s) will be handled as described below:**

☒ An appeal from a district court to a court of appeals may be taken only by filing a notice of appeal with the district court within the time allowed by FRAP 4. *See* FRAP 3. You mistakenly filed a notice of appeal with this Court. (Please note, that under 11th Cir. R. 22-1(a), this Court will construe a party's filing of an application for a certificate of appealability, or other document indicating an intent to appeal, as the filing of a notice of appeal.) Under FRAP 4(d), the notice of appeal will be sent to the district court.

☐ The Clerk's Office is unable to discern whether your document(s) may be or may serve as a notice of appeal. Out of an abundance of caution, your document(s) will be sent to the district court under FRAP 4(d) to be processed as the district court deems appropriate. No action will be taken in this Court on your document(s).

☐ An application for a writ of habeas corpus must be made to the appropriate district court. Under FRAP 22(a), the application will be transferred to the district court.

☐ The Clerk's Office is unable to provide you with legal advice. No action will be taken on your document(s).

☒ Other:

Your notice of appeal and motion are being forwarded to the U.S. District Court (NGA-Atlanta) for filing in case no. 1:21-cr-00016-WMR-RDC-1, USA v. Ogiekpolor.

Rev. 4/21   EKG



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CRIMINAL ACTION NO. 1:21-CR-16-WMR-RDC-1

U.S. COURT OF APPEALS
RECEIVED
CLERK
OCT 07 2022
ATLANTA GA

UNITED STATES OF AMERICA,   )
                Plaintiff,   )
                             )
        V.                   )      Notice of Appeal.
                             )
ELVIS EGHOSA OGIEKPOLOR,     )
        Pro se Defendant.    )


   Notice is hereby given that ELVIS EGHOSA OGIEKPOLOR, the pro se Defendant in the above-named criminal action, hereby appeals to the United States Court of Appeals for the Eleventh Circuit on the followings:

- Speedy-Trial contentions.
- Ineffective Assistance of counsel.
- Rule 29(c) motion for acquittal.
- Sentencing and Trial errors
- Constitutional violation and Due process.

   The pro se Defendant also request the honorable court for assistance in procuring the services of an Appellate lawyer.

   I declare under penalty of perjury that the aforementioned was made by me this day October 4th, 2022.

                ELVIS EGHOSA OGIEKPOLOR
                October 4, 2022

ELVIS·E OGIEKPOLOR
Pro Se Litigant
(05818-509)
Robert Hastings Bridge Road
Lovejoy, GA 30250

ATLANTA METRO  301
5 OCT 2022 · PM 12 L



Mailed from a detention facility

CLEARED SECURITY

OCT 0 7 2022

U.S. MARSHALS SERVICE
Atlanta, Georgia

30303-229599

UNITED STATES COURT OF APPEALS
ELBERT PARR TUTTLE COURT
OF APPEALS BUILDING
56 FORSYTH ST, N·W
ATLANTA, GA 30303