# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 02, 2022

Wynette C. Blathers
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
2314
ATLANTA, GA 30303-3309

Appeal Number: 22-13428-C
Case Style: USA v. Elvis Ogiekpolor
District Court Docket No: 1:21-cr-00016-WMR-RDC-1

TRANSCRIPT DUE: 11/26/2022
10% discount required for filing of transcripts after this date: 12/25/2022
20% discount required for filing of transcripts after this date: 01/24/2023

According to the district court docket, and our docket, the transcript in the referenced appeal has not been filed. According to our records, this transcript was due to be filed on the date shown above. Under the Court Reporter Management Plan for your district, unless an extension of time has been approved by the clerk of this court and a waiver has been given, the total charge for this transcript is required to be discounted. The date on which a 10% discount is/was required is shown above. Thirty days after that date an additional discount is required to be taken (total of 20%). We request that you file this transcript immediately or complete an extension form indicating the date by which this transcript will be filed.

Consistent with FRAP 11(b)(1)(D), the district judge is being served with a copy of this letter.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Shamilla K. Jordan, C
Phone #: 404-335-6186

RPTR-2 Rptr letter overdue trans 1